**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Rohan St. Joseph **KEATING,**
**Defendant–Appellant.**

No. 01–6810.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Rohan St. Joseph Keating, pro se. Carol M. Marx, Special Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Rohan St. Joseph Keating seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Keating,* Nos. CR–93–66; CA–00–857–2 (E.D.Va. Apr. 25, 2001). In addition, we note that Keating's Fed.R.Crim.P. 33 motion for a new trial did not toll the statute of limitations. *See United States v. Prescott,* 221 F.3d 686 (4th Cir.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*